BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCINDA MANUEL,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 1:14-cv-00665 LJO/BAM<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE SCHEDULING CONFERENCE; ORDER |

      Plaintiff Lucinda Manuel ("Plaintiff"), and Defendant United States ("Defendant"), stipulate, by and through the undersigned counsel, to extend the deadline for Defendant to respond to the complaint to and including October 3, 2014.

      The parties further agree to continue the date of the scheduling conference currently set for September 29, 2014 at 9:00 a.m. before Magistrate Judge Barbara A. McAuliffe to December 2, 2014 at 8:30 a.m.

      The parties base this stipulation on good cause, which includes the need for Defendant to review the allegations in the Complaint and respond accordingly.  The parties agree that this short extension of time for the Defendant to respond will not cause any prejudice to the parties as this action was recently commenced.

///

///

1  Accordingly, the parties stipulate and agree to continue the time for the United States to file a responsive pleading to the Complaint to October 3, 2014 and continue the scheduling conference currently scheduled for September 29, 2014 at 9:00 a.m. to December 2, 2014 at 8:30 a.m.  The parties request the court to endorse this stipulation by way of formal order.

Respectfully submitted,

Dated:  August 25, 2014                                BENJAMIN B. WAGNER
                                                       UNITED STATES ATTORNEY


                                                       /s/Alyson A. Berg
                                                       Alyson A. Berg
                                                       Assistant United States Attorney
                                                       Attorney for Defendant United States

Dated:  August 25, 2014                                NELSON & ROZIER

                                                       (As authorized 08/25/14)
                                                       /s/John L. Rozier
                                                       John L. Rozier
                                                       Attorney for Plaintiff


### ORDER

Having reviewed the stipulation submitted by the parties, and upon a showing of good cause, the court hereby extends the time for the Defendant to respond to the complaint to and including October 3, 2014.  The scheduling conference currently set for September 29, 2014 at 9:00 a.m. is hereby continued to December 2, 2014 at 8:30 a.m., in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

   Dated:   **August 27, 2014**                        /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE