BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINDA MANUEL,<br><br>          Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 1:14-cv-00665 LJO/BAM<br><br>STIPULATION TO CONTINUE HEARING ON UNITED STATES' MOTION TO DISMISS;] ORDER<br><br>Date: November 12, 2014<br>Time: 8:30 a.m.<br>Ctrm: 4<br>Honorable Lawrence J. O'Neill |

      Plaintiff, Lucinda Manuel ("Plaintiff"); and Defendant United States ("United States") stipulate, by and through their undersigned counsel, to continue the hearing date of the United States' Motion to Dismiss currently set for November 12, 2014 at 8:30 a.m. before Judge Lawrence J. O'Neill to November 19, 2014 at 8:30 a.m. as specifically set forth below.

      The parties base this stipulation on good cause as counsel for Defendant United States' seeks additional time in which to respond to the issues in the Opposition. Counsel for the Defendant United States was scheduled for a one week trial in another matter in the Eastern District of California, Sacramento Division, before the Honorable Edmund F. Brennan. The trial commenced October 20, 2014 and the jury returned a verdict on October 30, 2014. Counsel for the Defendant was out of the Fresno office for three weeks, one week longer than anticipated. The parties agree that this short continuance will not cause any prejudice to the parties as this action. The parties request the court endorse this stipulation by way of formal order.

|  | Current Date | New Date |
|---|---|---|
| Hearing on United States' Motion to Dismiss | November 12, 2014 | November 19, 2014 |

Respectfully submitted,

Dated: November 4, 2014

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/Alyson A. Berg
Alyson A. Berg
Assistant United States Attorney
Attorney for Defendant United States

Dated: November 4, 2014

NELSON & ROZIER

(As authorized 11/04/14)
/s/John L. Rozier
John L. Rozier
Attorney for Plaintiff

### ORDER

Having reviewed the stipulation submitted by the parties, the court continues the hearing on the United States' motion to dismiss to November 19, 2014 at 8:30 a.m.

**SO ORDERED**
**Dated: November 4, 2014**

/s/ Lawrence J. O'Neill
**United States District Judge**